**STATE ex rel. Wallace MORALES, Plaintiff-Appellee, v. Mathias REUTER, Registrar of Voters, Defendant-Appellant.**

**No. 17393.**

Court of Appeal of Louisiana. Orleans.
March 25, 1940.

Bruce Nunez, of St. Bernard, and A. S. Cain, Jr., of New Orleans, for appellant.

R. A. Dowling and J. J. Jackson, both of New Orleans, for mover-appellee.

PER CURIAM..

The plaintiffs-appellees in this case are seeking the same relief as the plaintiffs in the case of State ex rel. Paul Couget et al. v. Mathias Reuter, La.App., 194 So. 726. They have filed a motion to dismiss this appeal based upon the same grounds advanced by the plaintiffs in that matter.

For the reasons set forth by us in State ex rel. Couget et al. v. Mathias Reuter, supra, No. 17,392, this day decided, the motion to dismiss the appeal is denied.

Motion to dismiss denied.